# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LEROY HUBBARD III, ANITA HUBBARD and LAKEESHA HUBBARD as next friend of K.H., | Case No. 15 CV 9051 |
| Plaintiffs, | |
| v. | JUDGE FEINERMAN |
| CITY OF CHICAGO, CHICAGO POLICE OFFICERS KEVIN RAKE (Star #7524), MATTHEW MACKOWIAK (Star #5156), MYRIAN SWIATKOWSKI (Star #4159), SERRANO JR., BLACKMAN and UNKNOWN CHICAGO POLICE OFFICERS, | |
| Defendants. | **JURY DEMANDED** |

## JUDGMENT

Plaintiffs filed Defendants' Rule 68 Offer of Judgment, Notice of Acceptance, and Proof of Service. Pursuant to Fed.R.Civ.P. 58**, JUDGMENT** is hereby entered in favor of Plaintiff Leroy Hubbard III and against all Defendants in the amount of $15,001.00; in favor of Plaintiff Anita Hubbard and against all Defendants in the amount of $5,001.00; and in favor of Plaintiff Lakeesha Hubbard as next friend of K.H. and against all Defendants in the amount of $3,001.00; plus reasonable attorney fees and costs accrued to July 19, 2016 in an amount to be determined by the Court.

_____
DISTRICT JUDGE GARY FEINERMAN
UNITED STATES DISTRICT COURT

DATE: 8-10-2016